AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:25-mj-00102-JCN | Date and time warrant executed: 3-20-2025 @ 9:30 AM | Copy of warrant and inventory left with: 38 Tripp Rd, Ripley, Maine |
| Inventory made in the presence of: Jonathan Richards | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

No item seized or Taken

1. Memory stick with photographs of 38 Tripp Road, Ripley

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3·24-2025

_Executing officer's signature_

Jonathan Richards  DEA/TFO
_Printed name and title_