## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In the Matter of the Search of**<br><br>**v.**<br><br>**SEARCH WARRANT** | **No. 1:25-mj-00102-JCN** |

## <u>MOTION TO EXTEND SEALING ORDER</u>

NOW COMES the United States of America by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Andrew Lizotte, Assistant United States Attorney, and moves this Honorable Court to seal this case for an additional 90 days or until defendant is arrested, whichever occurs first.

The Government filed the search warrant return on March 28, 2025. To avoid disclosure of the information during an ongoing investigation, the government requests this case remain sealed for a period of ninety (90) days from June 6, 2025, to September 4, 2025, subject to the government's obligation to produce a copy of the materials sooner in discovery in a related criminal case or cases.

Date: June 2, 2025

Respectfully submitted,

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY

BY:   /s/ Andrew K. Lizotte
ANDREW K. LIZOTTE
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Room 111
Bangor, ME   04401
(207) 945-0373
Andrew.lizotte@usdoj.gov